IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMOS OIL RECYCLERS, INC. dba RAMOS ENVIRONMENTAL SERVICES,<br><br>            Plaintiff,<br><br>       v.<br><br>AWIM, INC.; JULIE C. NELSON; and GERRI SHERMAN; and DOES 1 through 100, inclusive,<br><br>            Defendants.<br><br>And Related Actions. | 2:07-cv-448-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) ORDER |

   Although the Joint Status Report filed May 18, 2007 states that "[a]ll parties have been served and have responded," it appears that third party defendants Kyle Ramos, John Villanueva, and Joe Ormonde have not yet appeared in this action. Accordingly, the Status (Pretrial Scheduling) Conference set for June 4, 2007, is continued to

1

August 13, 2007, at 9:00 a.m.  A joint status report shall be filed no later than fourteen days prior to the scheduling conference.[1]

IT IS SO ORDERED.

Dated: May 24, 2007

```
                           _____
                           GARLAND E. BURRELL, JR.
                           United States District Judge
```

---

[1] The failure of one or more of the parties to participate in the preparation of the joint status report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2