IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMOS OIL RECYCLERS, INC. dba<br>RAMOS ENVIRONMENTAL SERVICES,<br><br>        Plaintiff,<br><br>    v.<br><br>AWIM, INC.; JULIE C. NELSON; and<br>GERRI SHERMAN; and DOES 1 through<br>100, inclusive,<br><br>        Defendants.<br><br>And Related Actions. | 2:07-cv-448-GEB-DAD<br><br><u>ORDER</u> |

On January 10, 2008, the parties filed a "Stipulation and [Proposed] Order Requesting Early Settlement Conference and Staying Status (Pretrial Scheduling) Order Dates," in which the parties stipulate, subject to the approval of this Court, to "attend an early settlement conference before Magistrate Judge Drozd on January 31, 2008."[1]  Since the undersigned judge's deputy clerk has received

---

[1] The parties further "waive any claim of disqualification
(continued...)

1

1  assurance that Magistrate Judge Drozd is willing to conduct an early
2  settlement conference in this action, a settlement conference is
3  scheduled before Magistrate Judge Drozd on January 31, 2008,
4  commencing at 10:00 a.m.  Each party is directed to have a principal
5  with authority to settle the case on any terms present at the
6  settlement conference.
7         In addition, each party is directed to submit a settlement
8  conference statement directly to the chambers of Judge Drozd, the
9  settlement judge, five (5) court days prior to the settlement
10 conference.  Such statements shall not be filed with the clerk nor
11 served on opposing counsel.  However, each party shall notify the
12 other party or parties that the statement has been submitted to the
13 judge's chambers.
14        The parties also "request . . . a modification of the
15 scheduling order."  Since an early settlement conference has been
16 scheduled, the Rule 16 Scheduling Order will be modified but not
17 precisely as the parties propose because their proposal does not
18 fashion workable procedures designed to create a "binding scheduling
19 order."  Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 610 (9th
20 Cir. 1992).  Accordingly, the Rule 16 Scheduling Order is modified as
21 follows:
22        (1)  All non-expert discovery shall be completed by May 23,
23 2008;
24        (2)  Each party shall comply with Federal Rule of Civil
25 Procedure 26(a)(2)'s initial expert witness disclosure and report

---

[1](...continued)
[based on Judge Drozd's role as settlement judge] for [Judge] Drozd to act as Magistrate Judge in the action thereafter."

2

requirements on or before July 23, 2008, and with the rebuttal expert disclosures authorized under the Rule on or before August 22, 2008;

    (2)  All expert discovery shall be completed by December 23, 2008;

    (3)  The last hearing date for motions shall be February 23, 2009, at 9:00 a.m.;

    (4)  The final pretrial conference is set for April 27, 2009, at 1:30 p.m.; and

    (5)  Trial is scheduled to commence at 9:00 a.m. on June 9, 2009.[2]

IT IS SO ORDERED.

Dated:    January 11, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[2] Since the above schedule reduces the amount of time between the trial commencement date and the final pretrial conference, it is unlikely that a settlement conference supervised by a federal judge will be scheduled after the final pretrial conference, which a wider gap is designed to accommodate.