UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAMOS OIL RECYLES, INC., d/b/a
Ramos Environment Services,          )     2:07-cv-00448-GEB-DAD
                                     )
                Plaintiff,           )     ORDER
                                     )
          v.                         )
                                     )
AWIM, INC.;  JULIE C. NELSON,        )
                                     )
                Defendants.          )
_____    )
                                     )
And Related Actions.                 )
_____    )

          The First Amended Pretrial Statement filed April 21, 2009,

(Docket No. 100) is stricken because it was filed after the date on

which the joint pretrial statement was due.

          IT IS SO ORDERED.

Dated:  April 22, 2009

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1