UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAMOS OIL RECYCLES, INC., d/b/a )
Ramos Environment Services,    )        2:07-cv-00448-GEB-DAD
                               )
          Plaintiff,           )        ORDER
                               )
     v.                        )
                               )
AWIM, INC.; JULIE C. NELSON,   )
                               )
          Defendants.          )
_____)
                               )
And Related Actions.           )
_____)

Defendants'/Counter Claimants' "Request to Enter Default" filed on May 21, 2009, is stricken since this issue has not been preserved as an issue in the Final Pretrial Order filed on April 29, 2009. "Issues not preserved in the pretrial order are eliminated from the action." <u>Hotel Emp., et al. Health Tr. v. Elks Lodge 1450</u>, 827 F.2d 1324, 1329 (9th Cir. 1987).

Dated: May 21, 2009

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

1