UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAMOS OIL RECYCLES, INC., d/b/a  )
Ramos Environment Services,      )    2:07-cv-00448-GEB-DAD
                                 )
             Plaintiff,          )    ORDER
                                 )
        v.                       )
                                 )
AWIM, INC.; JULIE C. NELSON,     )
                                 )
             Defendants.         )
_____)
                                 )
And Related Actions.             )
_____)

        Defendants and counter-claimants filed a motion in limine on May 4, 2009 (docket no. 105) in which they argue they seek to exclude exhibits contained in an "Amended JPS." Since this motion does not address the exhibits incorporated by reference in the Final Pretrial Order, the motion has not been shown ripe for decision and is denied.

        Plaintiff's motions in limine filed as docket numbers 106, 107, 108, 109 and 110 are denied.

Dated: May 21, 2009

                                       GARLAND E. BURRELL, JR.
                                       United States District Judge