UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAMOS OIL RECYCLES, INC., d/b/a Ramos Environment Services,

Plaintiff,

v.

AWIM, INC.; JULIE C. NELSON,

Defendants.

And Related Actions.

2:07-cv-00448-GEB-DAD

ORDER

The motion Plaintiff filed on May 22, 2009 is stricken because the deadline for hearing such a motion has passed and as I just stated in an Order filed on May 21, 2009, "Issues not preserved in the pretrial order are eliminated from the action." Hotel Emp., et al. Health Tr. v. Elks Lodge 1450, 827 F.2d 1324, 1329 (9th Cir. 1987).

Further since "[a] pretrial order . . . supersedes the pleading and controls the subsequent course of the action," the purpose of the motion is mystifying. Donovan v. Crisostomo, 689 F.2d 869, 875 (9th Cir. 1980).

Dated: May 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1