UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMOS OIL RECYLES, INC., d/b/a Ramos Environment Services, | 2:07-cv-00448-GEB-DAD |
| Plaintiff, | ORDER |
| v. | |
| AWIM, INC.; JULIE C. NELSON, | |
| Defendants. | |
| And Related Actions. | |

AWIM, Inc.'s motion for reconsideration filed June 25, 2009, is granted in part as follows. The judgment and order filed June 11, 2009, are vacated and trial is scheduled to commence at 9:00 a.m. on October 27, 2009.

Dated: July 28, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1