UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMOS OIL RECYLES, INC., d/b/a Ramos Environment Services, | ) ) ) | 2:07-cv-00448-GEB-DAD |
| Plaintiff, | ) ) | AMENDED ORDER |
| v. | ) ) | |
| AWIM, INC.; JULIE C. NELSON, | ) ) | |
| Defendants. | ) ) | |
| And Related Actions. | ) ) ) | |

AWIM, Inc.'s motion for reconsideration filed June 25, 2009, is granted in part as follows. The judgment and order filed June 11, 2009, are vacated and trial is scheduled to commence at 9:00 a.m. on October 27, 2009. The balance of the motion is denied since it has not been shown that what is sought should be granted at this stage of the proceeding.

Dated: July 29, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1