IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMOS OIL RECYCLERS, INC, d/b/a<br>RAMOS ENVIRONMENTAL SERVICES,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>AWIM, INC.; JULIE NELSON;<br><br>　　　　　Defendants.<br>_____<br><br>And Related Actions.<br>_____ | 2:07-cv-00448-GEB-DAD<br><br>ORDER[*] |

　　　　　The motion filed in this action on September 25, 2009 is stricken because no leave has been given authorizing the motion to be filed, and the Final Pretrial Order is now the operative pleading.

Dated: September 28, 2009

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　United States District Judge

---

　　[*]　This matter was determined to be suitable for decision without oral argument. E.D. Cal. R. 78-230(h).