IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMOS OIL RECYCLYERS, INC., dba ENVIRONMENTAL SERVICES,<br><br>            Plaintiff,<br><br>    v.<br><br>AWIM, INC., JULIE C. NELSON, GERRI SHERMAN,<br><br>            Defendants.<br><br>And Related Actions. | 2:07-cv-00448-GEB-DAD<br><br>ORDER GRANTING DEFENDANT AWIM'S TO MODIFY THE FINAL PRETRIAL ORDER TO ALLOW ADDITIONAL WITNESSES AND EXHIBITS AT TRIAL[*] |

        Defendant and Counter-Claimant AWIM, Inc.'s unopposed motion filed on September 15, 2009, to amend the Final Pretrial Order ("FPO") is GRANTED. Therefore, Julie Nelson and Richard Pretti are added to AWIM's trial witness list; and Ramos's Permit, Clor-D-Tect Kits, and Photographs of the Tote from which Ramos collected material from AWIM on August 24, 2006, are added to AWIM's exhibit list.

Dated: September 30, 2009

                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1