IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RAMOS OIL RECYCLERS, INC, d/b/a     )
RAMOS ENVIRONMENTAL SERVICES,       )
                                    )
            Plaintiff,              )   2:07-cv-00448-GEB-DAD
                                    )
     v.                             )   ORDER*
                                    )
AWIM, INC.; JULIE NELSON;           )
                                    )
            Defendants.             )
                                    )
                                    )
And Related Actions.                )
                                    )
```

   Plaintiff and Counter-Defendant Ramos Oil Recyclers, Inc. filed a motion on October 8, 2009 for an order shortening time. This request is denied.

Dated: October 9, 2009

            _____
            GARLAND E. BURRELL, JR.
            United States District Judge

---

  * This matter was determined to be suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1