IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMOS OIL RECYCLERS, INC, d/b/a RAMOS ENVIRONMENTAL SERVICES, | ) ) ) | |
| Plaintiff, | ) ) | 2:07-cv-00448-GEB-DAD |
| v. | ) ) | ORDER |
| AWIM, INC.; JULIE NELSON; | ) ) | |
| Defendants. | ) ) | |
| And Related Actions. | ) ) ) | |

      The Clerk of the Court shall return to the law firm of Somach Simmons & Dunn a document that law firm provided chambers, which I was given the morning of October 22, 2009, since the law firm has not provided authority justifying consideration of the document in camera. The document has been given to the Clerk's Office for the purpose of having that Office return it to the law firm.

Dated: October 22, 2009

                                           GARLAND E. BURRELL, JR.
                                           United States District Judge