IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMOS OIL RECYCLYERS, INC., dba ENVIRONMENTAL SERVICES, | ) ) ) | |
| Plaintiff, | ) ) | 2:07-cv-00448-GEB-DAD |
| v. | ) ) | DISMISSAL ORDER |
| AWIM, INC.; JULIE C. NELSON, | ) ) | |
| Defendants. | ) ) ) | |
| And Related Actions. | ) ) ) | |

Following the noon recess of the jury trial commenced today, on October 27, 2009, the parties settled this action and counsel confirmed the settlement on the record.  Therefore, this action is dismissed.

Dated:  October 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1